# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 13-CV-1676

Plaintiff:
**STEVEN FLAKE**

vs.

Defendant:
**MARIA'S RESTAURANT, INC. ET AL.**

Received by ESQ Process Servers to be served on **Maria Priola, 823 Dividing Road, Severna Park, MD 21146**.

I, Bruce Siegert, being duly sworn, depose and say that on the **25th day of June, 2013** at **1:48 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT UNDER THE FAIR LABOR STANDARDS ACT FOR MONEY DAMAGES** with the date and hour of service endorsed herein by me, to: **Maria Priola** at the address of: **823 Dividing Road, Severna Park, MD 21146**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Dark Brown, Glasses: Y

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 26th day of June, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SHANNON M. STONE
Notary Public
Frederick County
Maryland
My Commission Expires April 28, 20__

_____
**Bruce Siegert**
Process Server

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD 20850**
**(301) 762-1350**
Our Job Serial Number: LES-2013008876
Ref: Steven Flake
Service Fee: $25.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

