IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Steven Flake | * | |
| Plaintiff | * | |
| v. | * | Case No. CCB 13-1676 |
| Maria's Restaurant, et al. | * | |
| Defendants | * | |

## ORDER OF JUDGMENT

Based on the acceptance by Plaintiff of the Fed.R.Civ.P. ("Rule") 68 Offer of Judgment made by Defendants, and the representations contained therein, **IT IS HEREBY ORDERED:**

1. The Court declares that the Offer of Judgment to be a fair and reasonable resolution of this Fair Labor Standards Act (FLSA) case;

2. Judgment shall be, and hereby is, entered in favor of Plaintiff Steven Flake and against Defendants, Maria's Restaurant, Inc. and Maria Priola in the total aggregate sum of Four Thousand Three Hundred Twenty-Six U.S. Dollars and 58/100 Cents ($4,326.58 USD), to satisfy all claims and counts, including FLSA claims for attorney's fees and costs, and to be paid as agreed to between the parties as set forth and detailed in the Offer of Judgment.

3. This Order shall be deemed to be a judgment within the meaning of Rule 54 of the Federal Rules of Civil Procedure with respect to the claims of Plaintiff.

FILED-
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP -6  A 11: 31

CLERK'S OFFICE
AT BALTIMORE

**SO ORDERED,** on  Sept 6, 2013

_____
Hon. Catherine C. Blake
Judge, U.S. District Court for the
District of Maryland

Date: _____